JS-6

1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
5  ARMAND ROTH
   Special Assistant United States Attorney
6  California State Bar No. [Bar 214624
        Social Security Administration
7       160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
8       Telephone: (415) 977-8924
        Facsimile: (415) 744-0134
9       Email: armand.roth@ssa.gov

10 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL HERNANDEZ,<br><br>           Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 2:21-cv-4281-CAS-MAR<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

1     The Court having approved the parties' Stipulation to Remand Pursuant to
2 Sentence Four of 42 U.S.C. § 405(g) (Stipulation to Remand), IT IS HEREBY
3 ORDERED, ADJUDGED AND DECREED that the above-captioned action is
4
5 remanded to the Commissioner of Social Security for further proceedings
6 consistent with the terms of the Stipulation to Remand..
7
8   DATED: 10/29/21
9
10                                 THE HONORABLE MARGO A. ROCCONI
11                                 UNITED STATES MAGISTRATE JUDGE